## EDSELL ag$^t$ TRAVIS

Thomas Edsell plaint. ag$^t$ Richard Travis Defend$^t$ in an action
of the case for witholding a debt of Nineteen pounds or thereabouts
due for two yeares & three quarters rent of a house hee had of the
s$^d$ Edsell, the which rent hee s$^d$ Edsell paide m$^{rs}$ Hanniford for at
Seven pounds a yeare, which rent hath been due since the yeare 1666.
with due interest & all other due damages according to Attachm$^t$
Dat. Aprill: 22$^d$ 1675 . . . the Jury . . . founde for the Defend$^t$
costs of Court being Fourteen Shillings

Execucion issued aug$^o$ 21$^o$ 1675

[There had already, in 1672, been a suit between Edsell and
Travis over the rent of this house. Papers for the earlier case are
in S. F. 1143.]

## MAY ag$^t$ SUTTON

George May plaint. ag$^t$ Richard Sutton of Reding Defend$^t$ in an
action of debt of three pounds ten Shillings in mony due by bill &
all due damages according to attachm$^t$ Dat. February 6$^o$ 1674 . . .
the Jury . . . founde for the plaint. three pounds ten Shillings in
mony & costs of Court being 27$^s$ 2$^d$

Execucion issued pr$^o$ June. 1675.